

| | | | | |
|---|---|---|---|---|
| Lovelace v. State . . . . . . . . . . . . . . . | 43A03–1703–CR–596 | 08/31/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Burklow v. Dearborn County . . . . . | 15A05–1611–PL–2519 | 08/31/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. Smith . . . . . . . . . . . . . . . | 02A03–1612–DR–2724 | 09/01/2017 | FRIEDLANDER, Sr.J. | Affirmed in part, reversed in part, and remanded with instructions |
| | | | RILEY, J. | Concurs in part and concurs in result in part with separate opinion |
| | | | NAJAM, J. | Concurs in part and dissents in part with separate opinion |
| Adams v. Gonqueh . . . . . . . . . . . . . | 49A05–1702–CT–349 | 09/01/2017 | BAKER, J.<br>KIRSCH, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Peters v. State . . . . . . . . . . . . . . . . | 45A03–1703–PC–393 | 09/01/2017 | VAIDIK, C.J.<br>MATHIAS, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |